

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00096-CV

| | | |
|---|---|---|
| MARIE GRAVES, Appellant | § | On Appeal from the 431st District Court |
| v. | § | of Denton County (20-3562-462) |
| | § | September 30, 2021 |
| DJO, LLC, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

Having considered the record on appeal, this court holds that there was error in the trial court's order denying Appellant Marie Graves's special appearance. We therefore vacate the trial court's order denying the special appearance, and we dismiss the appeal for want of jurisdiction.

It is further ordered that Appellee DJO, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
        Justice Wade Birdwell